UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————
                                                                    X
THE NEW YORK TIMES COMPANY             :
and CHARLIE SAVAGE,
                                                                    :
                          Plaintiffs,
                                                                    :      No. 16 Civ. 6120

           - against -                                      :

OFFICE OF THE DIRECTOR OF NATIONAL      :
INTELLIGENCE and U.S. DEPARTMENT OF JUSTICE,
                                                                    :

                          Defendants.              :

                                                                    :
———————————————————————————X


**STATEMENT PURSUANT TO FRCP RULE 7.1**


    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that one publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns more than 10 percent of its stock through affiliated entities.


Dated:  New York, NY
            August 2, 2016

                                                    Respectfully submitted,

                                                    /s/ David E. McCraw
                                                    David E. McCraw, Esq.
                                                    Tali R. Leinwand, Esq.
                                                    The New York Times Company
                                                    Legal Department
                                                    620 Eighth Avenue, 18th Floor

60579

New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-1009
Email: mccraw@nytimes.com
*Counsel for Plaintiffs*

60579